IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Talia Rosenberg,

      Plaintiff,

v.             Case No. 1:13-cv-00090-ACT-KBM

Dynamic Recovery Solutions, LLC,

      Defendant.

## **NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully Submitted,

s/Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
P.O. Box 37487
Albuquerque, NM 87176
(505) 750-0265

1

*Co-counsel with WEISBERG & MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com


Filed electronically on this 20th day of May, 2013, with:

United States District Court CM/ECF system


By: s/ Lydia Bultemeyer
　　 Lydia Bultemeyer