IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Talia Rosenberg,

    Plaintiff,

v.          Case No. 1:13-cv-00090-ACT-KBM

Dynamic Recovery Solutions, LLC,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs give notice to the Clerk of the United States District Court for the District of New Mexico that this case is voluntarily dismissed with prejudice.

Respectfully Submitted,

s/ Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
P.O. Box 37487
Albuquerque, NM 87176
(505) 750-0265

*Co-counsel with WEISBERG & MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com

Filed electronically on this 10$^h$ day of June, 2013, with:

United States District Court CM/ECF system

By: <u>s/ Lydia Bultemeyer</u>
    Lydia Bultemeyer